UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TEAM DIRECT MANAGEMENT, LLC                                           PLAINTIFF

v.                                     No. 5:22-CV-05006

UNIVERSITY MEDICAL PHARMACEUTICALS
CORP.                                                               DEFENDANT

## ORDER

Defendant removed this case on January 7, 2022, believing this Court had original jurisdiction under 28 U.S.C. § 1332. Defendant is a corporation organized under the laws of California and maintaining its principal place of business in California, and so is a California citizen. Based on the complaint and all other information then available, when Defendant removed it believed all members of Plaintiff were Arkansas citizens. Subsequent information provided by Plaintiff to Defendant revealed that one of Plaintiff's members sold his Arkansas residence several years ago and now resides in California. Because Plaintiff is also a citizen of California by virtue of this member's citizenship, diversity is not complete and Defendant believes remand is proper.

IT IS THEREFORE ORDERED that this case is REMANDED to the Circuit Court of Benton County, Arkansas.

IT IS SO ORDERED this 21st day of January, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE